

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00076-CV

IN RE THOMAS DEWAYNE
ELLASON

RELATOR

----------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 0295331D

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. *See In re Henry*, 525 S.W.3d 381, 381 (Tex. App.—Houston [14th Dist.] 2017, orig. proceeding); *In re Layton*, 257 S.W.3d 794, 795 (Tex. App.—Amarillo 2008, orig. proceeding). Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: KERR, GABRIEL, and BIRDWELL, JJ.

DELIVERED: March 8, 2018

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).